IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Stroger Jr, John W

Printed: 11/13/07

Case Number: 07 B 05767
Judge: Hollis, Pamela S
Filed: 3/31/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: October 1, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,484.00 | 0.00 |
| 2. | Americredit Financial Ser Inc | Secured | 0.00 | 0.00 |
| 3. | City Of Chicago Dept Of Revenue | Unsecured | 409.00 | 0.00 |
| 4. | CitiFinancial Auto Credit Inc | Unsecured | 0.00 | 0.00 |
| 5. | Sprint Nextel | Unsecured | 154.27 | 0.00 |
| 6. | LaSalle Bank NA | Unsecured |  | No Claim Filed |
| 7. | M3 Financial Services | Unsecured |  | No Claim Filed |
| 8. | Harvard Collection Services In | Unsecured |  | No Claim Filed |
| 9. | Citi Auto | Unsecured |  | No Claim Filed |
| 10. | Senex Services Corp | Unsecured |  | No Claim Filed |
| 11. | Sears / Citibank SD | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 3,047.27 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Stroger Jr, John  W                                         Case Number:  07 B 05767
                                                                                         Judge:  Hollis, Pamela S

Printed:  11/13/07                                                         Filed:  3/31/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                       Marilyn O. Marshall, Trustee, by:

                                       _Denise Ashley_